

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00428-CV

IN THE INTEREST OF B.J., A CHILD    §    On Appeal from the 271st District Court

§    of Wise County (CV23-02-098)

§    February 27, 2025

§    Memorandum Opinion by Justice Walker

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order terminating both parental rights. It is ordered that the trial court's order terminating both parental rights is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker